

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

Registration Number

**VA 2-382-725**

Effective Date of Registration:
January 22, 2024
Registration Decision Date:
February 15, 2024

## Title

**Title of Work:** Pizza Lover

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** January 04, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Alison Friend
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

**Name:** Alina Shriver
**Email:** alinamshriver@gmail.com
**Telephone:** (305)778-7117
**Address:** 1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:** Alina Shriver
**Date:** January 22, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-413-115

**Effective Date of Registration:**
September 05, 2024
**Registration Decision Date:**
September 18, 2024

## Title

**Title of Work:** Betsy Had Been On Hold For Over An Hour

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** February 23, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Alison Friend
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

**Name:** Alina Shriver
**Email:** alinamshriver@gmail.com
**Telephone:** (305)778-7117
**Address:** 1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:** Alina Shriver
**Date:** September 05, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-413-921

**Effective Date of Registration:**
September 10, 2024
**Registration Decision Date:**
September 23, 2024

---

## Title

**Title of Work:**  Hubba Bubba Bunny

## Completion/Publication

**Year of Completion:**  2020
**Date of 1st Publication:**  April 30, 2020
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Alison Friend
  **Author Created:**  2-D artwork
  **Citizen of:**  United Kingdom

## Copyright Claimant

**Copyright Claimant:**  Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

---

## Rights and Permissions

**Name:**  Alina Shriver
**Email:**  alinamshriver@gmail.com
**Telephone:**  (305)778-7117
**Address:**  1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:**  Alina Shriver
**Date:**  September 10, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-413-348**

**Effective Date of Registration:**
September 10, 2024
**Registration Decision Date:**
September 19, 2024

---

## Title

**Title of Work:**  Check Mate

## Completion/Publication

**Year of Completion:**  2020
**Date of 1st Publication:**  April 15, 2020
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Alison Friend
  **Author Created:**  2-D artwork
  **Citizen of:**  United Kingdom

## Copyright Claimant

**Copyright Claimant:**  Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

---

## Rights and Permissions

**Name:**  Alina Shriver
**Email:**  alinamshriver@gmail.com
**Telephone:**  (305)778-7117
**Address:**  1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:**  Alina Shriver
**Date:**  September 10, 2024





# Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-413-342

**Effective Date of Registration:**
July 15, 2024
**Registration Decision Date:**
September 19, 2024

---

## Title

**Title of Work:** Pawtagonia

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 01, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Alison Friend
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

**Name:** Alina Shriver
**Email:** alinamshriver@gmail.com
**Telephone:** (305)778-7117
**Address:** 1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:** Alina Shriver
**Date:** July 15, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-388-384

**Effective Date of Registration:**
January 18, 2024
**Registration Decision Date:**
March 27, 2024

## Title

**Title of Work:** When No One Is Watching

## Completion/Publication

**Year of Completion:** 2024
**Date of 1ˢᵗ Publication:** January 10, 2024
**Nation of 1ˢᵗ Publication:** United States

## Author

**Author:** Alison Friend
**Author Created:** 2-D artwork
**Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

**Name:** Alina Shriver
**Email:** alinamshriver@gmail.com
**Telephone:** (305)778-7117
**Address:** 1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:** Alina Shriver
**Date:** January 18, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-382-770**

**Effective Date of Registration:**
January 18, 2024
**Registration Decision Date:**
February 15, 2024

## Title

**Title of Work:** Happy Birthday To Me!

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** December 06, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Alison Friend
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

**Name:** Alina Shriver
**Email:** alinamshriver@gmail.com
**Telephone:** (305)778-7117
**Address:** 1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:** Alina Shriver
**Date:** January 18, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-413-117
**Effective Date of Registration:**
September 05, 2024
**Registration Decision Date:**
September 18, 2024

## Title
_____

**Title of Work:** Catsuma

## Completion/Publication
_____

**Year of Completion:** 2024
**Date of 1st Publication:** February 19, 2024
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Alison Friend
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant
_____

**Copyright Claimant:** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions
_____

**Name:** Alina Shriver
**Email:** alinamshriver@gmail.com
**Telephone:** (305)778-7117
**Address:** 1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification
_____

**Name:** Alina Shriver
**Date:** September 05, 2024

*Page 1 of 2*





# Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-382-891

**Effective Date of Registration:**
January 18, 2024
**Registration Decision Date:**
February 16, 2024

---

## Title _____

**Title of Work:** Floof On A Poof

## Completion/Publication _____

**Year of Completion:** 2023
**Date of 1st Publication:** October 04, 2023
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Alison Friend
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant _____

**Copyright Claimant:** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions _____

**Name:** Alina Shriver
**Email:** alinamshriver@gmail.com
**Telephone:** (305)778-7117
**Address:** 1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification _____

**Name:** Alina Shriver
**Date:** January 18, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-382-910

**Effective Date of Registration:**
January 17, 2024
**Registration Decision Date:**
February 16, 2024

## Title

**Title of Work:** Biscuit

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** July 01, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Alison Friend
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

**Name:** Alina Shriver
**Email:** alinamshriver@gmail.com
**Telephone:** (305)778-7117
**Address:** 1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:** Alina Shriver
**Date:** January 17, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-382-788

**Effective Date of Registration:**
January 18, 2024
**Registration Decision Date:**
February 15, 2024

## Title

|  |  |
|---|---|
| **Title of Work:** | Catagonia |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | January 10, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Alison Friend |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Alison Friend |
| | Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Alina Shriver |
| **Email:** | alinamshriver@gmail.com |
| **Telephone:** | (305)778-7117 |
| **Address:** | 1010 Hardee Rd |
| | Coral Gables, FL 33146 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Alina Shriver |
| **Date:** | January 18, 2024 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-382-733

**Effective Date of Registration:**
January 22, 2024
**Registration Decision Date:**
February 15, 2024

---

## Title
_____

**Title of Work:** I Love My Ball

## Completion/Publication
_____

**Year of Completion:** 2024
**Date of 1st Publication:** January 06, 2024
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Alison Friend
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant
_____

**Copyright Claimant:** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions
_____

**Name:** Alina Shriver
**Email:** alinamshriver@gmail.com
**Telephone:** (305)778-7117
**Address:** 1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification
_____

**Name:** Alina Shriver
**Date:** January 22, 2024

